WITHDRAWN 04/04/12
REISSUED 04/04/12



# IN THE
# TENTH COURT OF APPEALS

## No. 10-11-00404-CV

**HAL R. PETTIGREW, SR.**
**AND HAL R. PETTIGREW, JR.,**

**Appellants**

 **v.**

**PAUL COOK, CLEO COOK, BOB MURRY,**
**SHERI MURRAY, WILLIAM O'NEAL,**
**AND ANITA O'NEAL,**

**Appellees**

---

**From the 413th District Court**
**Johnson County, Texas**
**Trial Court No. C 2001-00469**

## MEMORANDUM OPINION

All of the parties in this appeal and cross-appeal have filed a joint motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2). The parties have entered into a settlement agreement and no longer wish to pursue the appeal. Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed March 14, 2012
[CV06]